

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00884-CR

The **STATE** of Texas,
Appellant

v.

Abraham Jose **AVILA VASQUEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13928CR
Honorable Dennis Powell, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, we WITHDRAW our August 19, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Abraham Jose Avila Vasquez's request for habeas relief; RENDER judgment denying Avila Vasquez's habeas application; and REINSTATE the information charging Avila Vasquez with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

_____
Velia J. Meza, Justice

---

[1] Justice Lori Massey Brissette is not participating.